Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 12-11960 RAM | | **Trustee:** (290830) | Barry E. Mukamal |
| **Case Name:** | DE LOS CUETOS, HILDA | | **Filed (f) or Converted (c):** | 01/26/12 (f) |
| | | | **§341(a) Meeting Date:** | 03/05/12 |
| **Period Ending:** | 06/30/12 | | **Claims Bar Date:** | 08/07/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 14343 SW 51 STREET, MIAMI, FL 33175 | 211,638.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANKATLANTIC A/N 7726 | 600.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANKATLANTIC A/N 5544 | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 250.00 | Unknown | | 0.00 | Unknown |
| 5 | WEARING APPAREL | 50.00 | 50.00 | DA | 0.00 | FA |
| 6 | JEWELRY | 50.00 | 50.00 | DA | 0.00 | FA |
| 7 | LIFE INSURANCE | 101,723.00 | 0.00 | DA | 0.00 | FA |
| 8 | NCL 401(K) | 138,708.03 | 0.00 | DA | 0.00 | FA |
| 9 | 2011 TAX RETURN<br>    Amended for description. | Unknown | 6,049.00 | | 6,049.00 | FA |
| 10 | 2008 HYNDAI SONATA<br>    Allstate policy #941927482, expires 08/02/12 | 9,500.00 | Unknown | | 0.00 | Unknown |
| 11 | 2002 HONDA CIVIC<br>    Progressive policy #20519981, expires 01/06/13 | 500.00 | Unknown | | 0.00 | Unknown |
| 12 | 2000 FORD ECONOLINE<br>    Amended for value. | 750.00 | 750.00 | DA | 0.00 | FA |
| 13 | MIAMI MEMORIAL PARK LOTS AND FUNERAL SERVICES | 250.00 | 250.00 | DA | 0.00 | FA |
| 14 | OTHER PERSONAL PROPERTY  (u) | 504.00 | 504.00 | DA | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-11960 RAM  
**Case Name:** DE LOS CUETOS, HILDA  

**Trustee:** (290830) Barry E. Mukamal  
**Filed (f) or Converted (c):** 01/26/12 (f)  
**§341(a) Meeting Date:** 03/05/12  

**Period Ending:** 06/30/12  
**Claims Bar Date:** 08/07/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Amended. |  |  |  |  |  |
| 14 | **Assets** Totals (Excluding unknown values) | **$464,623.03** | **$7,653.00** |  | **$6,049.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has recovered the estate's interest in the tax refund equal to $ 6,049.00.

The Trustee requires additional time in which to investigate the financial dealings of the debtor, the current market value of claimed exemptions and other responsibilities of the Trustee pursuant to 11 U.S.C. § 704. The parties are trying to reach a global settlement of all issues in this case.

04/05/12 - Court order granting employment of Trustee's forensic accountants, Marcum LLP, its members and associates.

**Initial Projected Date Of Final Report (TFR):** June 30, 2013      **Current Projected Date Of Final Report (TFR):** June 30, 2013

_____  
July 31, 2012  
Date

/s/ Barry E. Mukamal  
_____  
Barry E. Mukamal

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-11960 RAM | | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|---|
| Case Name: | DE LOS CUETOS, HILDA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******50-65 - Checking Account |
| Taxpayer ID #: | **-***7007 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 06/30/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/08/12 | {9} | Hilda Barbara De Los Cuetos | 2011 tax refund | 1124-000 | 6,049.00 | | 6,049.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,024.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,999.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,049.00 | 50.00 | $5,999.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 6,049.00 | 50.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,049.00** | **$50.00** | |

Net Receipts :        6,049.00
Net Estate :         $6,049.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******50-65** | 6,049.00 | 50.00 | 5,999.00 |
| | $6,049.00 | $50.00 | $5,999.00 |

{} Asset reference(s)

Printed: 08/12/2012 03:27 PM    V.13.02