

**ORDERED in the Southern District of Florida on February 4, 2013.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**HILDA DE LOS CUETOS,**                    **Case No. 12-11960-BKC-RAM**
                                            Chapter 7

         **Debtor.**
_____/

### ORDER APPROVING MOTION TO COMPROMISE CONTROVERSY

**THIS CAUSE** came before the Court on Barry E. Mukamal, Trustee's Joint Motion to Compromise Controversy ("Motion") (ECF #39), and this Court having reviewed the Motion and the Certificate of No Response, finding that the notice is sufficient to comply with Bankruptcy Rules 9019 and 2002(a)(3), Local Rule 9013-1 (D), and any other applicable notice requirement, it is

**ORDERED** that said Motion is **GRANTED**.

1.      The Debtor, Hilda De Los Cuetos, shall pay to the Trustee the total sum of $4,125 ("Settlement Amount"), for full and final settlement of the estate's interest in the 2008 Hyundai Sonata.

2.      The parties agree to the payment terms outlined in the Motion.

3.      In the event the Debtor fails to make the settlement payments on a timely basis, the Trustee has the right to proceed against any and all assets of the Debtor including, but not limited to, the property the Debtor claimed as exempt and for the total amount due and owing as set forth herein.  In addition, the Trustee shall be entitled to interest, which shall accrue at the statutory rate, attorney's fees and costs.  Further, the Trustee shall file a Motion to Revoke Debtor's Discharge.  However, no discharge shall be revoked without a hearing.

4.      The Court incorporates all of the terms of the Joint Motion to Compromise Controversy and retains jurisdiction to enforce the terms therein.

###

Submitted By:
Barry E. Mukamal, Trustee
One SE Third Avenue, Box 158
Miami, FL  33131
Telephone: (305) 995-9798

Copies furnished to:
Barry E. Mukamal, Trustee
Trustee Mukamal is instructed to serve this Order on all interested parties and file a Certificate of Service.